FORM TO BE USED BY FEDERAL INMATES IN FILING A CIVIL ACTION UNDER 28 USC § 1331 OR § 1346

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____ DIVISION

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 27 2022

BY
DEPUTY_____

Trenton Runnels #28855078

_____

(Enter above the full name and inmate number
of each plaintiff in this action)

VS.

United States of America

_____

(Enter above the full name of each defendant in this action).

Case No. 1:22cv266
(Clerk will assign the number)

I.    **PREVIOUS LAWSUITS:**

A.   Have you filed *any* other lawsuits in state or federal court dealing with the same
     facts involved in this action or otherwise relating to your imprisonment?    ____YES  ✓NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one
     lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.   Approximate date of filing lawsuit: N/A

   2.   Parties to previous lawsuit:
        Plaintiff(s) N/A

        Defendant(s)_____

   3.   Court: (If federal, name the district; if state, name the county.) N/A

   4.   Docket Number:_____

   5.   Name of judge to whom case was assigned: N/A

   6.   Disposition: (Was the case dismissed, appealed, still pending?)
        N/A

   7.   Approximate date of disposition: N/A

1

**II.    PLACE OF PRESENT CONFINEMENT:** Victorville Prison. P.O. Box 3900, Adelanto, CA

**III.    EXHAUSTION OF GRIEVANCE PROCEDURES:**

Pursuant to 42 U.S.C. § 1997e(a), exhaustion of administrative remedies is required prior to initiating a civil rights action or Federal Tort Claims Act lawsuit. Copies of all grievances, appeal and responses must be submitted to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal. The rules for federal prisoners are found at 42 C.F.R. §§ 542.10, *et seq.*

1.    **Informal Grievance**

a.    Did you submit an informal grievance
       If so, you must attach a copy of the grievance and response.    *See exhibit (A)*    ✓ YES ____ NO

b.    If not, then why not?

_____

_____

2.    **Formal Grievance**

a.    Did you submit a formal grievance (BP-9)?    ____ YES ✓ NO
       If so, you must attach a copy of the grievance and response.

b.    If not, then why not?    I filed a Tort Claim. It went to
       Regional Council.

3.    **Appeal to the Regional Director of the Bureau of Prisons**

a.    Did you timely submit an appeal to the Regional Director (BP-10)?    ____ YES ✓ NO
       If so, you must attach a copy of the appeal and response.

b.    If not, then why not?    Because they gave me 6 months to appeal
       there Response. to the United States District Court.

4.    **Appeal to the General Counsel of the Bureau of Prisons**

a.    Did you timely submit an appeal to the General Counsel of the Bureau of Prisons (BP-11)?    ____ YES ✓ NO
       If so, you must attach a copy of the appeal and response.

b.    If not, then why not?    Because of my 6 month appeal to the
       United States District Court.

**IV.    PARTIES TO THIS SUIT:**

A.    Name and address of each plaintiff: Trenton Runnels #28855078
       P.O. Box 3900 Adelanto, CA 92301.

_____

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.
    If you are bringing a civil rights lawsuit against federal employees, then your lawsuit should be filed pursuant to 28 U.S.C. § 1331. If you are bringing a Federal Tort Claims Act lawsuit under 28 U.S.C. § 1346, then the only defendant will be the United States of America.

Defendant #1: United States of America

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

The United States Government failed in there duty

Defendant #2: of Care,

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.  **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where it happened, when it happened, and who was involved. Describe how <u>each</u> defendant is involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. **IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.**

On June 28, 2021. At Beaumont Federal Prison in Beaumont, Texas, At about 8:30-9:00 am I was Assulted by another inmate, And Stabbed 4 times in my upper torso which caused me to spend 9 days in a Hospital in Beaumont, Texas. After having my Gualbladder, and Some of my large intestines Removed, My liver Repaired injuries from

3

The Stabbing. The incedent accured On Building E-B in the Dayroom. I Do not know the inmates name. They Called him "Pug") name Unknown To me. They have not Let me obtain my medical Records. From that incident

This unknown inmate Stabbed me 4 time putting my life in serious danger of losing it.

**VI.**    **RELIEF**: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want want the Courts to Compensate me for my injuries and my Pain and Suffering. One Hundred Thousand dollars. $100,000.00 Dallars

**VII.**    **GENERAL BACKGROUND INFORMATION:**

A.    State, in complete form, all names you have ever used or been known by including any and all aliases:

Trention Dewayne Runnels

B.    List all prisoner identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. #28855078

**VIII.**    **SANCTIONS:**

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed?        _____YES  ✓ NO

B.    If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.    Court that imposed sanctions (if federal, give the district and division): N/A

2.    Docket Number: N/A

3.    Approximate date sanctions were imposed: N/A

4.    Have the sanctions been lifted or otherwise satisfied?        _____YES N/A NO

C.    Has any court ever warned or notified you that sanctions could be imposed?        _____YES N/A NO

4

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed warning (if federal, give the district and division):  N/A

2.  Docket Number:  N/A

3.  Approximate date warnings were imposed:  N/A

Signed this _____ 20 _____ day of _____ June, _____ , 20 22.
(date)                         (month)                                        (year)

_____
(Signature of each plaintiff)

**I DECLARE (OR CERTIFY, VERIFY OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

Executed on: 6-20-2022
(Date)

_____
(Signature of each plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5





*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

**DATE MAILED:** FEB 0 8 2022
**Certified Receipt: 7020 0640 0000 1317 8579**

Trention Dewayne Runnels
Reg. No. 28855-078
USP Victorville
P.O. Box 3900
Adelanto, CA 92301

Re:     Administrative Tort Claim No. TRT-SCR-2021-06469

Dear Mr. Runnels:

Your claim has been investigated and considered for administrative settlement under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and authority granted by 28 C.F.R. § 0.172.   You seek monetary damages in the amount of $200,000.00 for personal injury you allege was sustained in connection with an altercation with another inmate while housed at the Federal Correctional Complex, United States Penitentiary (USP Beaumont) in Beaumont, Texas on or about June 28, 2021.  Specifically, you allege staff ignored your pleas for help.

Section 2672 of the FTCA delegates to each Federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

An investigation of this matter revealed no evidence to substantiate your claim.  As there is no evidence you sustained an injury caused by the negligent or wrongful act or omission of any employee of the United States acting within the scope of his or her employment, this claim is denied.

If you are not satisfied with this decision, you have six (6) months from the date of this letter in which to file a lawsuit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/vad

BP-A0943  Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant(Register number, street, city, state, and zip code): |
|---|---|
| Federal Correctional Complex United States Penitentiary- Beaumont, TX. E/B Unit | Trenton Runnels # 28855-078  4-14-82 P.O. Box 26030 Beaumont, Texas 77720 |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| June 28, 2021 | at approximately 8⁴⁰ a.m. |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

(Personal Injuries): On June 28, 2021 at approximately 8⁴⁰ a.m., at Beaumont-U.S.P, On Unit E/B. I was standing in line waiting for the phone, and I was approached by an inmate, that goes by the name "Pug!" I don't know his real name, he is from D.C., and he told me that I better get park to the end of the line, so that his D.C. homies can use the phone before me. I tell him i'm in line like everyone else. He tells me to step out of the line and talk to him. So I started to look for the officers on the unit but they both was inside the office, laughing and joking with other... Please see my attachment.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)): I would like for the Camera to be my Personal witness & officer Ms. White, and Ms. K. Carter.
P.O. Box 26030
Beaumont, Texas 77720

7. Amount of Claim for Damage to, or loss of, privately owned property  (in dollars) (Sum Certain Amount - Total Amount Of Claim):  Compensate of $200,000.00
I think should be efficent.

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date |
|---|---|
| | |

PDF                         Prescribed by PS 1320

TRT-SCR-2021-06469

RECEIVED
JUL 26 2021
BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

Continuance Page

inmates. So I ask him what is it that he wants as I step back away from him and make some space between us, because this guy is known to be violent. I walk off to avoid conflict because I don't have but one hand. My dominant hand I lost. He me to come and talk to him. We exchange a couple of words of why's and why not's, then he pulls his knife as I attempt to walk off and stab me in my right rib cage, I jump back and holla "help" as I start to back away from him, again, I holla officer help, but they both were still occupied with inmate(s) talking, laughing with inmates as he begins to rush me again stabbing me now in my left rib cage and my back and under my left armpit. The officers still did not respond to my plea's for help. Due to their negligents I had to painfully walk to the officer station where they were, force my way in the office, saying... help I been stabbed painfully. I was rush to outside Hospital where they were had to remove my "Gualbladder, and my intestines were repaired and my liver had holes from the stabbing. I spent 8 days in St. Elizabeth, outside Hospital. Everyday since the day of my stabbing I have serious bowl movement problems, constant pain in my left arm, and my ribcage continues to hurt, causing me sleepless nights from pain and discomfort. I believe this whole incident could have been prevented if those officers were watchful over the unit as they're job inquires or intel.

Trenton Runnels #28855078
Victorville Federal Prison.
P.O. Box 3900
Adelanto, CA 92301



SN BERNARDINO CA
21 JUN 2022

CLERK U.S. DISTRICT COURT
RECEIVED
JUN 27 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS



United States District Court
300 Willow. St. Suite 104
Beaumont, Tx 77701

Legal mail

77701-221729